**SOUTHERN KANSAS STAGE LINES COMPANY v. Ernest HOLMES.**

No. 526.

Circuit Court of Appeals, Tenth Circuit.

Aug. 27, 1931.

J. B. Dudley, of Oklahoma City, Okl., for appellant.

Billups & Billups, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.